UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW JOHN WICKEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-262-TSZ-JPD<br><br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 15.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: 1) further evaluate the claimant's disability claim; 2) evaluate the claimant's credibility pursuant to Social Security Ruling 96-7p; 3) reconsider the medical opinion evidence in accordance with SSRs 96-2p, 96-6p and 06-3p;  and 4) further

REPORT AND RECOMMENDATION
PAGE - 1

evaluate the claimant's residual functional capacity pursuant to Social Security Ruling 96-8p. As warranted, the ALJ may obtain vocational expert evidence to clarify the effect of the assessed limitations on the claimant's occupational base.

A proposed order accompanies this Report and Recommendation.

DATED this 25th day of July, 2013.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge